UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ANTHONY RICARDO FARINHA,<br><br>                    Defendant. | Case No. CR09-70-JCC<br><br>**DETENTION ORDER** |

Offense charged:

    Conspiracy to Distribute Cocaine and Conspiracy to Export Cocaine.

Date of Detention Hearing:  July 23, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant is charged with an offense in which detention is presumed and has failed to overcome the presumption.  Defendant is charged with a serious offense in which he faces a

DETENTION ORDER - 1

minimum of ten years in prison if convicted.  He has no ties to the community and has an great incentive to flee.  He is not a U.S. citizen and the government proffered defendant, a Canadian citizen, fought extradition for three years by making false representations that he was actually a information for the United States.  The alleged offense is wide-ranging, involves several states and occurred over a number of years.  The offense allegedly reaped defendant significant sums of money giving rise to the risk that he possesses the means to flee or avoid detection.  The government proffered that defendant has been able to enter the United States without going through the normal border check giving rise to the concern that he has the ability to leave Canada undetected.  Because defendant is a Canadian, the Court lacks the means to provide sufficient supervision of the defendant.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to

///

///

DETENTION ORDER - 2

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of July, 2013.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

DETENTION ORDER - 3